1   PILLSBURY WINTHROP SHAW PITTMAN LLP
    GREG L. JOHNSON  132397
2   greg.johnson@pillsburylaw.com
    AMY L. PIERCE  210539
3   amy.pierce@pillsburylaw.com
    2600 Capitol Avenue, Suite 300
4   Sacramento, CA  95816-5930
    Telephone:  (916) 329-4700
5   Facsimile:  (916) 441-3583

6   Attorneys for Defendant
    CVS CAREMARK CORPORATION
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11

12  _____
                                    )
13  AMY CHAMBERLIN, on behalf of     )    No. 10-cv-01241-PJH
    herself, and a class of all others similarly )
14  situated,                        )    STIPULATION TO REMAND ACTION
                                     )    TO STATE COURT AND [~~PROPOSED~~]
15              Plaintiff,           )    ORDER THEREON
                                     )
16         v.                        )
                                     )    CLASS ACTION
17  CVS CAREMARK CORPORATION, a      )
    Delaware corporation; and DOES 1  )    [San Francisco County Superior Court
18  through 500, inclusive,          )    Case No. CGC-10-497230]
                                     )
19              Defendants.          )
    _____)
20

21      **IT IS HEREBY STIPULATED**, by and between counsel for the parties hereto,

22  that the above-entitled action be remanded to state court for further proceedings consistent

23  with the stipulation between the parties, which includes, in part, that plaintiff AMY

24

25

26

27

28
                                    1
702206833v1

1   CHAMBERLIN will amend her complaint to dismiss defendant CVS CAREMARK

2   CORPORATION without prejudice and to add other named defendants.

3   Dated:  April 6, 2010.

PACIFIC JUSTICE CENTER
4                                   MELVIN B. PEARLSTON
ROBERT B. HANCOCK
5                                   50 California Street, Suite 1500
San Francisco, CA 94111
6

7

                                    By_____/s/ Robert B. Hancock_____
8                                                Robert B. Hancock
Attorneys for Plaintiff
9                                   AMY CHAMBERLIN

10

11  Dated:  April 6, 2010.

12                                  PILLSBURY WINTHROP SHAW PITTMAN LLP
GREG L. JOHNSON
13                                  AMY L. PIERCE
2600 Capitol Avenue, Suite 300
14                                  Sacramento, CA  95816-5930

15

16                                  By _____/s/ Amy L. Pierce_____
                                                 Amy L. Pierce
17                                  Attorneys for Defendant
CVS CAREMARK CORPORATION
18

    IT IS SO ORDERED.
19

    DATED: _5/10/10_____
20

21                                  By _____
Honorable Ph[...]
22                                  Untied States D[...]

23

24

25

26

27

28

STIPULATION TO REMAND ACTION TO STATE
COURT AND [PROPOSED] ORDER THEREON
Case No. 10-cv-01241-PJH